# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4021 Direct
(212) 972-3213 Fax
Jason.Zoldessy@jacksonlewis.com
jacksonlewis.com

January 12, 2024

> The initial pretrial conference scheduled for February 21, 2024 is hereby ADJOURNED *sine die*, to be rescheduled if mediation fails to resolve this case. The parties shall file a joint status letter no later than **March 29, 2024**. SO ORDERED.
>
> Dated: January 16, 2024
>
> *Jessica Clarke*
> JESSICA G. L. CLARKE
> United States District Judge

**VIA ECF**

Hon. Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **Coulibaly v. HELP USA, Inc. et al.**
              **Case No. 1:23-cv-09334 (JGLC)**

Dear Judge Clarke:

      We represent Defendant HELP USA, Inc. in connection with the above-referenced case. We write with consent from Plaintiff's counsel to respectfully request an adjournment of the parties' February 21, 2024 Initial Pretrial Conference with the Court as the undersigned will be out of the country that week on a pre-planned trip. All counsel are available for the conference on February 12, 13, 15, 16, or March 5 or 7. This is the first request for an extension of this conference and, if granted, it will not affect any other scheduled dates. We note that the parties are scheduled to appear for a mediation session on March 13, 2024 pursuant to the automatic referral to the Court's mediation program for employment discrimination cases. Thus, if the Court prefers counsel are available for the conference during the week of March 18-20 pending the outcome of mediation.

      We thank the Court for its consideration in this regard.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      Jason A. Zoldessy

cc:  All Counsel (Via ECF)